DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BART A. HOUSTON,**
Appellant,

v.

**ELIZABETH A. HOUSTON,**
Appellee.

No. 4D17-185

[December 14, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Alfred J. Horowitz, Judge; L.T. Case No. FMCE11-017724 (38)(98).

Bart A. Houston, Fort Lauderdale, for appellant.

Robert J. Moraitis and Peter M. Raimondi of Moraitis & Raimondi, LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***